IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DALE MAISANO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:13-cv-1067 |
| ) | |
| CORIZON HEALTH INC., *et al.*, ) | Judge Sharp |
| ) | |
| Defendants. ) | |

## ORDER

The Court dismissed this action without prejudice because the plaintiff, a frequent filer under 28 U.S.C. § 1915(g), failed to submit the filing fee or to plausibly allege imminent danger of serious physical injury. The Court also found the complaint to be utterly frivolous and therefore certified that an appeal of the dismissal would not be in good faith.

The plaintiff has now filed a notice of appeal. He has not submitted with his notice either the $455 appellate filing fee or a motion to pursue his appeal *in forma pauperis* in accordance with Rule 24(a) of the Federal Rules of Appellate Procedure. Because this appeal is not in good faith, the plaintiff would not be granted leave by this Court to pursue his appeal *in forma pauperis*, even if he had filed a properly supported motion. Pursuant to Rule 24(a)(5), the plaintiff may nonetheless file, within **30 days** after service of this order, a motion with in the Sixth Circuit Court of Appeals for leave to proceed as a pauper on appeal. *Owens v. Keeling*, 461 F.3d 763, 775 (6th Cir. 2006); *Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999).

The plaintiff is notified that if he does not file a motion in the Sixth Circuit Court of Appeals within 30 days of receiving notice of this order and subsequently obtain leave by that court to pursue his appeal as a pauper, or fails to pay the required appellate filing fee of $455.00 within this same time period, the appeal may be dismissed for want of prosecution. *Callihan*, 178 F.3d at 804.

The Clerk of Court is **DIRECTED** to furnish a copy of this Order to the Sixth Circuit Court of Appeals.

It is so **ORDERED**.

*Kevin H. Sharp*
Kevin H. Sharp
United States District Judge